FILED

JUL 13 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE western DISTRICT OF TEXAS
San antonio DIVISION

Jessie MacWilliams 922040
Plaintiff's Name and ID Number

200 N. Comal St, SA, TX 78207
Place of Confinement

CASE NO. SA23CA0885FB
(Clerk will assign the number)

v.

State Farm Insurance P.O. Box 106171, Atlanta, GA 30348
Defendant's Name and Address

All state P.O. Box 660636, Dallas, Texas 75266
Defendant's Name and Address

______________________
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: 2/1/23
2. Parties to previous lawsuit:
   Plaintiff(s) Jessie MacWilliams
   Defendant(s) Sanantonio Police department / Bexar County Jail
3. Court: (If federal, name the district; if state, name the county.) Western
4. Cause number: 5:23-CV-00219
5. Name of judge to whom case was assigned: Jason Pulliam
6. Disposition: (Was the case dismissed, appealed, still pending?) Still Pending
7. Approximate date of disposition: No disposition to my knoledge

II. PLACE OF PRESENT CONFINEMENT: 200 N. comal st, SA, TX 78207

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Jessie Macwilliams
200 N. comal st SA TX 78207

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: State farm Insurance p.o Box 106171, Atlanta, GA 30348

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

this Insurance company is responsible for there insured's ~~negligence~~ negligence

Defendant #2: All state P.O. Box 660636, Dallas, Texas 75266

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

this Insurance has uninsured motorist/underinsured coverage from my understanding from my documents

Defendant #3:

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4:

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5:

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

#1 on 4/4/22 I was passenger in the car with my seat belt on, while driver Vera mckinney was making a right turn into Circle K, on toepperewien street, when Ashley Nicole Mckinney totaled both her's and Vera's car to where they both was non driveable, and had to be towed by hitting me and the driver from the back. Ashley admitted to me and Vera that she looked down at her Phone for →

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

that the facts of my head injury is shown it my state criminal case and a Relief of 2 million $ dollars

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Jessie MacWilliams Jessie Hogan

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

922040

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): never Sanctioned
2. Case number: never Sanctioned
3. Approximate date sanctions were imposed: never Sanctioned
4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

#2

Just a seconed, and by the time she looked up she was to close to use her brakes. I dont know if she told the police that tho. but her negligence caused me to bang my head hard and every since then Ive had head aces that I still have on and off to this day that pounds like I never had in life and my sleeping hasn't ben the same since 4/4/22 feels like I'm up a whole day before I'm able to get a little rest I just lay in bed toss and turning, my arm swell up and I still can fully exstend it all the way, and now if I stand to long are sit in a position to long I have neck and back pain. I was in treatment but wasn't able to finish becuase I got arrested I was suppost to get xrays I believe and treatment for my head back neck and Arm but I was only able to get on xray done. and becuase of the pain from the accedent and sleepless nights I was unable to keep up with my mental medication and get them feild wich led me to hullucinations voices and stuck in what I call the spiritual realm and doctors and my lawyer that was repesenting me said that my injuries may be a life time are have long term effects State farm Insurance has tooken responsibility for the accedent and

Made a offer but it's to small and I dont know if there aware of all the facts and damages and injuries that took place 4/4/22 so I'm fileing a complaint against state farm claim NO:5332J935P. Thomas J. Henry had took my case, but when I wrote and let his firm know Ive ben arrested he resigned from being my lawyer but told me that I still could file are find another lawyer. I have alot of documents proving these facts and will mail as much as I can Including excercizes I was post to do with a license ~~[illegible]~~ doctor the next civil suit is for allstate claim NO:0664772522 becuase the driver vera has a ~~[illegible]~~ uninsured motorist/underinsured and/or personal injury protection coverage to he referenced policy, at the time of the accedent. I swear that all facts are true to the best of my Knoledge. I will have documents labled on a letter as car accedent files that shows the facts in this claim thank you and god bless I humbley and respectfuly submitt with prayer my case is filed

[signature]

C. Has any court ever warned or notified you that sanctions could be imposed? _____YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): never warned
2. Case number: never warned
3. Approximate date warning was issued: never warned

Executed on: 7/6/23
DATE

[signature]
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 6 (Day) day of July (month), 20 23 (year).

[signature]
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

FATAL ☐ CMV ☐ SCHOOL BUS ☐ RAILROAD ☐ MAB ☐ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE | Num. Units | Num. Prsns. | Crash ID /2022166472

Texas Department of Transportation

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 1 of 2

*Crash Date (MM/DD/YYYY) 04/03/2022 | *Crash Time (24HRMM) 1624 | Case ID 2204-0166 | Local Use

*County Name BEXAR | *City Name LIVE OAK | ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No | Latitude (decimal degrees) | Longitude — (decimal degrees)

## ROAD ON WHICH CRASH OCCURRED

*1 Rdwy. Sys. LR | *Hwy. Num. | 2 Rdwy. Part 1 | Block Num. 12200 | 3 Street Prefix | * Street Name TOEPPERWEIN | 4 Street Suffix RD

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot | ☐ Toll Road/ Toll Lane | Speed Limit 40 | Const. Zone ☐ Yes ☒ No | Workers Present ☐ Yes ☒ No | Street Desc.

## INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. LR | Hwy. Num. | 2. Rdwy. Part 1 | Block Num. 12000 | 3 Street Prefix | Street Name WILDERNESS | 4 Street Suffix TRL

Distance from Int. or Ref. Marker 50 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker UNK | Reference Marker | Street Desc. | RRX Num.

### Unit 1

Unit Num. 1 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. NLV3772 | VIN 2GNAXPEX2K6255376

Veh. Year 2019 | 6. Veh. Color WHI | Veh. Make CHEVROLET | Veh. Model EQUINOX | 7 Body Style SV | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 24427616 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 11/23/1986

Address (Street, City, State, ZIP) 13700 JUDSON RD LOT 108 SAN ANTONIO, TX 78233

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MCKINNEY, ASHLEY NICHOLE | C | 35 | B | 2 | 1 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee | Owner/Lessee Name & Address MCKINNEY, ASHLEY NICHOLE, 13700 JUDSON RD LOT 108 SAN ANTONIO, TX 78233

Proof of Fin. Resp. ☒ Yes ☐ No ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name STATE FARM | Fin. Resp. Num. 136 5082-A14-53S 001

Fin. Resp. Phone Num. 1-800-782-8332 | 27 Vehicle Damage Rating 1 2-FR-5 | 27 Vehicle Damage Rating 2 - - | Vehicle Inventoried ☐ Yes ☒ No

Towed By ROADRUNNER TOWING | Towed To 100 PECAN DR.

### Unit 2

Unit Num. 2 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. PWV6121 | VIN WDCGG5GB5CF905831

Veh. Year 2012 | 6. Veh. Color BLK | Veh. Make MERCEDES-BENZ | Veh. Model CLK | 7 Body Style SV | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 21975352 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 07/14/1950

Address (Street, City, State, ZIP) 6139 ASHLEY SPRINGS SAN ANTONIO, TX 78244-0000

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MCKINNEY, VERA E | C | 71 | B | 2 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee | Owner/Lessee Name & Address MCKINNEY, VERA E, 6139 ASHLEY SPRINGS SAN ANTONIO, TX 78244-0000

Copy from Custodial File

Proof of Fin. Resp. ☒ Yes ☐ No ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 1 | Fin. Resp. Name ALLSTATE | Fin. Resp. Num. 000000416429489

Fin. Resp. Phone Num. 800-255-7828 | 27 Vehicle Damage Rating 1 7-BL-3 | 27 Vehicle Damage Rating 2 - - | Vehicle Inventoried ☐ Yes ☒ No

Towed By ROADRUNNER TOWING | Towed To 100 PECAN DR.

**INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 1 | 1 | NORTHEAST METHODIST HOSPITAL | SCHERTZ EMS | | |
| 2 | 1 | NORTHEAST METHODIST HOSPITAL | SCHERTZ EMS | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num.

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type

Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles

**CONDITIONS**

| Unit # | 36 Contributing Factors (Investigator's Opinion) - Contributing | | | May Have Contrib. | | 37 Vehicle Defects (Investigator's Opinion) - Contributing | | May Have Contrib. | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 20 | 41 | | 44 | | | | | |
| | | | | | | | | | |

| Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|
| 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| 1 | 1 | 97 | 1 | 1 | 1 | 96 |

**Investigator's Narrative Opinion of What Happened (Attach Additional Sheets If Necessary)**

Unit 1 and Unit 2 were traveling east on Toepperwein. Unit 2 then slowed down to enter into a nearby gas station. Unit 1 who was following could not slow down in time and collided into Unit 2. Both vehicles towed away.

**Field Diagram - Not to Scale**

Circle K

POI

Unit 2

Unit 1

12200 Toepperwein

Not To Scale

Copy from Custodial File

Time Notified (24HR:MM) 1 5 3 3 | How Notified Dispatch | Time Arrived (24HRMM) 1 5 3 3 | Report Date (MM/DD/YYYY) 04/03/2022

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) Carrizales, Adam | ID Num. 2615

ORI Num. T X 0 1 5 1 6 0 0 | *Agency LIVE OAK POLICE DEPARTMENT | Service/ Region/DA

# THOMASJHENRY

INJURY ATTORNEYS

A TRIAL FIRM OF MORE THAN 200 ATTORNEYS
REPRESENTING VICTIMS NATIONWIDE FOR MORE THAN 25 YEARS

March 20, 2023

**VIA CMRR# 7019 1120 0000 6486 6793**
Mr. Jessie Macwilliams #922040
200 N. Comal St.
San Antonio, Texas 78207

RE: Withdrawal of Law Firm

Dear Jessie Macwilliams,

I hope with letter finds you well. Let me thank you for the opportunity to represent for the accident you were involved in on 04/04/2022. Unfortunately, we are having to withdrawal from your matter.

In making the decision to withdraw from your matter, we are not expressing an opinion about the merits of the matter or whether you will ultimately prevail if a petition is filed. You should not refrain from seeking legal assistance from another law firm because of any interpretation you may place on our decision to no longer be your attorney. To the contrary, the passage of time is always important and could ultimately bar any claim you might have. Consequently, I recommend that you contact another law firm immediately for assistance.

We are not charging you for any legal fees since we will not be representing you in this matter moving forward. Again, we appreciate you contacting us on this matter and I hope that if you need legal assistance in the future, you will again consider the Firm's services.

Please let us know if you would like a copy of your case file.

Respectfully,
THOMAS J. HENRY, INJURY ATTORNEYS

Aiden Gamble
Attorney at Law

THOMASJHENRY

INJURY ATTORNEYS

A TRIAL FIRM OF MORE THAN 200 ATTORNEYS
REPRESENTING VICTIMS NATIONWIDE FOR MORE THAN 25 YEARS

September 20, 2022

**VIA FAX: (855) 820-6318**
State Farm Insurance
P.O. Box 106171
Atlanta, GA 30348

| **Re:** | **Your Insured:** | **Ashley Nicole McKinney** |
|---|---|---|
| | Date of Incident: | 04/04/2022 |
| | **Claim No.:** | **5332J935P** |
| | Our Client: | Jessie Hogan |

To Whom It May Concern:

Enclosed please find the medicals and related documentation we have for the above referenced individual. As you can tell from this information, this individual has sustained severe personal injuries as a result of your insured's negligence. We feel that the damages that our client has sustained are severe and may have long term effects on our client.

At this time, I offer to settle this claim in the amount of **$1,000,000 (One Million Dollars)** for my client **Jessie Hogan.**

I would appreciate that you review the cases of Allstate vs. Kelly and the Stowers Doctrine as we are attempting to make a reasonable offer to resolve this case within the next fifteen (15) days.

Please feel free to contact the attorney assigned to this case, **Aiden Gamble,** or the case manager, **Anycia Davila,** at your earliest convenience regarding this matter.

Very truly yours,
THOMAS J. HENRY, INJURY ATTORNEYS

Aiden Gamble

TOLL FREE 1-855-740-8145 • FAX 1-877-513-1359 • TJHLAW.COM
MAILING ADDRESS 5711 University Heights Suite 101 • San Antonio, Texas 78249

THOMASJHENRY

A TRIAL FIRM OF MORE THAN 250 ATTORNEYS
REPRESENTING VICTIMS NATIONWIDE FOR MORE THAN 25 YEARS

July 8, 2022

**VIA EMAIL: claims@claims.allstate.com**
Allstate
P.O. Box 660636
Dallas, Texas 75266

RE: Our client(s): Jessie Hogan
Date of Accident: 04/04/2022
Claim Number: 0664772522
Insured: Vera E. McKinney

To Whom It May Concern:

The undersigned represents the above-referenced individual for injuries Jessie Hogan sustained on or about 04/04/2022. It is my understanding that your company provided Uninsured Motorist/Underinsured and/or Personal Injury Protection coverage to the above-referenced policy. As such, I would like to move forward and make a claim under this policy.

If you do not have Uninsured/Underinsured Motorist and/or Personal Injury Protection coverage on this client's policy, please forward a copy of the Rejection form to the number listed above as soon as possible.

I will assume that if I do not hear from your company relative to this matter within the next fifteen (15) days that suit should be filed against you.

Very truly yours,
**THOMAS J. HENRY, INJURY ATTORNEYS**

Aiden Gamble

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*

October 2, 2022

Thomas J Henry Atty At Law
5711 University Hts Ste 101
San Antonio TX 78249-3555

**State Farm Claims**
PO Box 106171
Atlanta GA 30348-6171

RE: Claim Number: 53-32J9-35P
Date of Loss: April 3, 2022
Our Insured: Ashley McKinney
Your Client: Jessie Hogan

To Whom It May Concern:

This will confirm our settlement offer in the amount of $885.00 on October 2, 2022.

Please discuss this offer with your client and contact us at your convenience so we may bring this claim to a conclusion.

This settlement offer is inclusive of all damages, known and unknown, and any liens, assignments or statutory rights of recovery.

If you have questions or need assistance, call us at (844) 292-8615 Ext. 335.

Sincerely,

Ashleigh Wilson
Claim Specialist
(844) 292-8615 Ext. 335
Fax: (855) 820-6318
statefarmclaims@statefarm.com

*For your protection, when emailing State Farm, please do not include sensitive personal information such as Social Security Number, credit/debit card number (financial account number), driver's license number, or health/medical information in an email. Please contact us at (844) 292-8615 Ext. 335 to discuss sensitive information.*

State Farm Mutual Automobile Insurance Company

**DUE TO PROTECTION OF PRIVACY OBLIGATIONS AND INTERNAL SYSTEM INTEGRITY, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY DOES NOT ACCEPT TIME-SENSITIVE OR ACTION-ORIENTED MESSAGES DELIVERED VIA EMAIL THAT INVOLVE ACCESSING A CYBERLINK, APPLICATION, DIGITAL DROPBOX OR OTHER THIRD-PARTY DOCUMENT SERVICE.**

E. M62.830 Muscle spasm of back
F. M24.522 Contracture, left elbow
G. R51 Headache
H. G89.11 Acute pain due to trauma
I. V49.88XA Car occupant (driver) (passenger) injured in other specified transport accidents, initial encounter

**PLAN**

TYPE OF CARE: Rehabilitative Care
PROPOSED TREATMENTS: Activities Daily Living; Chiropractic Adjustments; Hot/Cold Pack; Intersegmental Traction; Manual Therapy Technique; Massage; Myofascial Release; Therapeutic Activities; Therapeutic Exercise
FREQUENCY: as needed DURATION: one month
PROPOSED ADJUSTIVE TECHNIQUES: Activator; Diversified
GOALS OF CURRENT PLAN: Decrease swelling and inflammation to the affected regions; Improve core strength and stability; Improve the patient's tolerance for the activities of daily living; Reduce muscle pain and spasm while increasing ROM
LONG-TERM GOALS: Attain pre-condition/pre-injury status; Restore functional independence and tolerance for normal activities of daily living; Restore strength and stability to the affected regions
HOME/SELF CARE RECOMMENDATIONS: Alternate ice/heat as per instructed; Avoid activities and postures that aggravate condition; Home exercise program as per instructed

COMMENTS: Based upon the history provided, findings on examination, there is a causal relationship between the accident of record and the patient's reported symptoms. Therefore, imaging is medically necessary to further evaluate and clinically correlate suspected areas of injury; as well as assess severity of trauma to allow for further recommendations in treatment. CSP MRI recommended for further evaluation.

**TREATMENT**

**PROCEDURES**

| CPT | DESCRIPTION | MODIFIERS | UNITS | TIME | DIAG PT | RATIONALE |
|---|---|---|---|---|---|---|
| 97535 | SELF-CARE / HOME MANAGEMENT TRAINING | | 1 | | ABC | 1 |
| 99203 | OFFICE O/P NEW LOW 30-44 MIN | | 1 | | ABC | 2 |

1. SELF-CARE / HOME MANAGEMENT TRAINING
2. OFFICE O/P NEW LOW 30-44 MIN

If you have questions or concerns pertaining to the care of this patient, I encourage you to contact my office at your earliest convenience.