**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| JESSIE MACWILLIAMS, <br> # 922040, <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM INSURANCE COMPANY; and ALLSTATE INSURANCE COMPANY, <br><br> Defendants. | § <br> § <br> § <br> § <br> §    SA-23-CV-00885-FB <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff Jessie MacWilliams's 42 U.S.C. § 1983 Amended Civil Rights Complaint for failure to state a non-frivolous claim, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED** that MacWilliams's Section 1983 claims against Defendant, Ashley Nicole McKinney, are **DISMISSED WITH PREJUDICE** pursuant to Sections 1915(e)(2)(B)(i)–(ii) and 1915A(b)(1) of Title 28 of the United States Code for failure to state a non-frivolous claim.

SIGNED this 3rd day of August, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE