# United States Court of Appeals
# for the Fifth Circuit

___

No. 23-50654

___

FILED
November 14, 2023

Lyle W. Cayce
Clerk

Jessie MacWilliams,

*Plaintiff—Appellant,*

versus

Ashley Nicole McKinney,

*Defendant—Appellee.*

___

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:23-CV-885-FB

___

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of November 14, 2023, pursuant to appellant's motion.

No. 23-50654

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Monica R. Washington, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A True Copy
Certified order issued Nov 14, 2023

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit